UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Clanton, Larry & Colleen
     Debtor(s).

_____/

10-72290-D
(Chapter 7)

## TRUSTEE'S OBJECTIONS TO EXEMPTIONS

The Trustee states:

1. The debtor(s) has exempted certain property on Schedule C of the bankruptcy schedules.

2. The Trustee hereby objects to the following exemptions for the following reasons.

Debtor Larry Clanton has exceeded his exemption under 11 USC 522 (d)(5) by at least $5,000 for various assets exempted and he has exceeded the life insurance cancellation value under 11 USC §522(d)(5) and (8) in the amount of approximately $11,000. To the extent that all assets in which the (d)(5) and (d)(8) exemption were exceeded, should be turned over to the estate.

Dated: 12/16/2010

    /s/ Douglas Ellmann
Douglas S. Ellmann (P34617)
Ellmann & Ellmann PC
Attorneys for Trustee
308 West Huron
Ann Arbor, MI 48103
734 668 4800
dse@ellmannlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In re:	10-72290-D

    Clanton, Larry & Colleen
        Debtor(s).

_____/	(Chapter 7)

ORDER APPROVING OBJECTIONS TO EXEMPTIONS

This matter having come on to be heard upon the Trustee's Objections to Exemtpions and the Court having reviewed it and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that the Trustee's Objections to Exemptions are granted, the exemption(s) objected to are disallowed, and the Trustee may administer the Property described in the objection for the benefit of the estate.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: 10-72290-D

   Clanton, Larry & Colleen
      Debtor(s).

_____/   (Chapter 7)

BRIEF IN SUPPORT OF TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED EXEMPTION(S)

Douglas Ellmann, Trustee, relies upon the following in support of his objection(s):

11 USC §522 (d)(5) and (d)(8)

Dated: 12/16/2010

    /s/ Douglas Ellmann  P34617
   Ellmann & Ellmann PC
   Attorneys for Trustee
   308 West Huron
   Ann Arbor, MI   48103
   734 668 4800
   dse@ellmannlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                                    10-72290-D
                                                                                          (Chapter 7)

Clanton, Larry & Colleen
    Debtor(s).
_____/

### NOTICE OF TRUSTEE'S OBJECTION TO EXEMPTIONS

Ellmann & Ellmann P.C. has filed papers with the court to disallow certain of your exemptions.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to approve the attorney fees for or if you want the court to consider your views on the motion application. Within <u>14</u> days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.
You must also mail a copy to:
Douglas S. Ellmann
308 W. Huron
Ann Arbor, MI 48103

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: 12/16/2010

                                                                        /s/ Douglas Ellmann
                                                                        Douglas S. Ellmann (P34617)
                                                                        Ellmann & Ellmann PC
                                                                        Attorneys for Trustee
                                                                        308 West Huron
                                                                        Ann Arbor, MI 48103
                                                                        734 668 4800
                                                                        dse@ellmannlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                      10-72290-D
                                                                          (Chapter 7)

Clanton, Larry & Colleen
        Debtor(s).

_____/

Certificate of Service

The objection to debtor's exemptions, brief in support, 14 day notice, and certificate of service
were served upon the debtor via counsel of record , counsel of record, and the US Trustee via electronic case filing:

Dated: 12/16/2010

                                                        /s/ Douglas Ellmann

                                       Douglas S. Ellmann (P34617)
                                       Ellmann & Ellmann PC
                                       Attorneys for Trustee
                                       308 West Huron
                                       Ann Arbor, MI   48103
                                       734 668 4800