UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                   In Bankruptcy
Clanton, Larry & Colleen                 Chapter 7
    Debtor                               Case No. 10-72290
_____/                   Hon. Walter Shapero

ORDER APPROVING OBJECTION TO EXEMPTIONS

This matter having come on to be heard upon the Trustee's Objections to Exemtpions and the Court having reviewed it and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that the Trustee's Objections to Exemptions are granted, the exemption(s) objected to are disallowed, and the Trustee may administer the Property described in the objection for the benefit of the estate.

.

**Signed on February 04, 2011**

　　　　　　　　　　　　　　　　　　　／s／ Walter Shapero
　　　　　　　　　　　　　　　　**Walter Shapero
　　　　　　　　　　　　　　　　United States Bankruptcy Judge**