# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 10-72290-WS | Trustee Name: | Douglas S. Ellmann |
| --- | --- | --- | --- |
| Case Name: | CLANTON, LARRY D. AND CLANTON, COLLEEN E. | Date Filed (f) or Converted (c): | 10/22/2010 (f) |
| For the Period Ending: | 03/31/2011 | §341(a) Meeting Date: | 11/17/2010 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Location: 6935 Carter Road, Spring Arbor MI 49283 Debtors' joint residence | $150,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | 4 undeveloped lots (50' by 200' each] in Murray, Ky. | $400.00 | $0.00 | DA | $0.00 | FA |
| 3 | Time share interest in Unit located at Las Vegas Hilton Vacation Suites 300 Paradise Road Las Vegas, Nevada 89109 | $3,200.00 | $0.00 | DA | $0.00 | FA |
| 4 | Location: 6935 Carter Road, Spring Arbor MI 49283 $1,000 | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 5 | Education Employees Credit Union Checking $4,861 Savings account $350 | $5,011.00 | $0.00 | DA | $0.00 | FA |
| 6 | Morgan Stanley 2367 S. Linden Road Flint, MI 48532 | $1,372.67 | $0.00 | DA | $0.00 | FA |
| 7 | Appropriate furniture and furnishings. No item is valued at more than $600 and the entire category is valued at $6,000, in used, as-is condition. | $6,000.00 | $0.00 | DA | $0.00 | FA |
| 8 | Limited Edition, Duck Stamp prints | $700.00 | $0.00 | DA | $0.00 | FA |
| 9 | Appropriate business and casual men's and women's wardrobes | $400.00 | $0.00 | DA | $0.00 | FA |
| 10 | 5 necklaces | $500.00 | $0.00 | DA | $0.00 | FA |
| 11 | .22 cal. rifle | $800.00 | $0.00 | DA | $0.00 | FA |
| 12 | Life insurance cancellation value | $29,204.19 | $5,000.00 | | $0.00 | $34,204.19 |
| 13 | Specific accounts: Miller Tool 401(k) $17,596.00 (huband) Morgan Stanley IRA $512,146.00 (husband) Valley $28,051.00 | $557,793.00 | $0.00 | DA | $0.00 | FA |
| 14 | 2005 Jeep Cherokee (150,000 miles) Location: 6935 Carter Road, Spring Arbor MI 49283 | $6,000.00 | $0.00 | DA | $0.00 | FA |
| 15 | 2008 Chevrolet Uplander | $11,500.00 | $0.00 | DA | $0.00 | FA |
| 16 | 1997 15 foot boat | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 17 | 2000 Jet ski | $1,500.00 | $0.00 | DA | $0.00 | FA |

| Case No.: | 10-72290-WS | Trustee Name: | Douglas S. Ellmann |
| --- | --- | --- | --- |
| Case Name: | CLANTON, LARRY D. AND CLANTON, COLLEEN E. | Date Filed (f) or Converted (c): | 10/22/2010 (f) |
| For the Period Ending: | 03/31/2011 | §341(a) Meeting Date: | 11/17/2010 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | $778,380.86 | $5,000.00 | | $0.00 | **Gross Value of Remaining Assets** $34,204.19 |

**Major Activities affecting case closing:**
Monitor debtor's compliance with order.

**Initial Projected Date Of Final Report (TFR):** 10/22/2013    **Current Projected Date Of Final Report (TFR):** 10/22/2013    /s/ DOUGLAS S. ELLMANN

DOUGLAS S. ELLMANN